DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 3:20-MJ-71480 |
| Plaintiff, | |
| v. | (~~PROPOSED~~) DETENTION ORDER |
| TEDDY WILLIAMS, | |
| Defendant. | |

DETENTION ORDER
CR 20-MJ-71480

On October 7, 2020, a Petition for Arrest Warrant for Offender Under Supervision was filed in the Eastern District of Missouri, charging the defendant with violating the terms of his supervised released. See United States v. Teddy M. Williams, 15-cr-246-1 JAR (EDMO). On October 26, 2020, the defendant appeared before the Court in the Northern District of California for a detention hearing on the violation petition, and to determine whether the defendant would be returned to the Eastern District of Missouri in or out of custody. The defendant appeared by Zoom video teleconference from Santa Rita Jail and was in custody at the time of the hearing. The defendant was represented by Steve Kalar of the Federal Public Defender's Office. Assistant United States Attorney Ross Weingarten appeared for the government. The government moved for detention, and the defendant opposed. The defendant moved for release, which the government opposed. At the hearing, the parties submitted proffers and arguments regarding detention, particularly with respect to the defendant's risk of non-appearance in the Eastern District of Missouri.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably ensure the defendant's appearance at future proceedings. Accordingly, the defendant must be detained pending resolution of the violation petition in the Eastern District of Missouri.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3143(a). As noted on the record, the Court makes the following finding as the basis for its conclusion that no condition or combination of conditions will reasonably mitigate the defendant's risk of non-appearance:

The Court considered as factors supporting its conclusion: (1) the defendant's criminal history, and specifically his numerous bench warrants and failures to appear at prior court appearances, (2) the fact that the defendant said that he did not wish to return to the Eastern District of Missouri, (3) the defendant's history of violating the terms of his federal supervision. For these and all the reasons and discussion on the record, the Court granted the government's motion for detention, finding that the

DETENTION ORDER
CR 20-MJ-71480                    1

defendant failed to meet his burden to demonstrate by clear and convincing evidence that he did not pose a danger to the community or risk of non-appearance. Therefore, the Court therefore concluded that no condition or combination of conditions will reasonably ensure his appearance at future proceedings.

Pursuant to 18 U.S.C. § 3143(a), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED: October 28 2020

HON. JOSEPH C. SPERO
CHIEF UNITED STATES MAGISTRATE JUDGE

DETENTION ORDER
CR 20-MJ-71480                     2